IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FRANK BETZ ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:06-cv-00911 |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Bryant |
| SIGNATURE HOMES, INC., et al., | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## ORDER

Following deliberations during the liability phase of trial in the above-captioned case, the jury found Defendants liable for copyright infringement of eight of Plaintiff's architectural designs: the Aldridge, Brewster, Buckingham, Garmon, Holland, Laredo, Michelle, and Tuscany designs. The jury also found Defendant Brian Burns individually liable for contributory infringement of Plaintiff's Buckingham design. Following deliberations during the damages phase of trial, the jury awarded damages in favor of Plaintiff and against Defendants in the amount of $1,403,714.00. The jury did not award damages against Brian Burns individually.

Judgment is hereby entered in favor of Plaintiff and against Defendants for copyright infringement of the eight aforementioned designs, and in favor of Plaintiff and against Brian Burns for contributory infringement of the Buckingham design. Judgment is hereby entered in favor of Plaintiff against all Defendants for damages in the amount of $1,403,714.00.

It is so ORDERED.

Entered this the ___6th_____ day of February, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1