## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 10, 2013

Mr. E. Steele Clayton V
150 Third Avenue, S.
Nashville, TN 37201

Ms. Jaime DeRensis
211 Commerce Street
Nashville, TN 37201

Mr. Wallace K. Lightsey
44 E. Camperdown Way
Greenville, SC 29601

Mr. Lawrence Charles Maxwell
211 Commerce Street
Nashville, TN 37201

Mr. Troy Alan Tessier
44 E. Camperdown Way
Greenville, SC 29601

           Re:  Case No. 12-5555/12-5658, *Frank Betz Associates, Inc. v. Signature Homes, Inc., et al*
                Originating Case No. : 3:06-cv-00911

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in these cases.

                              Sincerely yours,

                              s/Connie A. Weiskittel
                              Mediation Administrator

cc:  Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 12-5555/12-5658

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

FRANK BETZ ASSOCIATES, INC.

    Plaintiff - Appellee Cross-Appellant

v.

BRIAN BURNS; SIGNATURE HOMES, INC.; SIGNATURE PARTNERSHIP, LLC

    Defendants - Appellants Cross-Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that these cases are dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                         **ENTERED PURSUANT TO RULE 33,**
                                         **RULES OF THE SIXTH CIRCUIT**
                                         Deborah S. Hunt, Clerk

Issued: January 10, 2013